# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DWIGHT R. HOUSTON
ADC #109032                                                                  PLAINTIFF

v.                              No. 4:14-cv-599-DPM-JTR

ARKANSAS DEPARTMENT
OF CORRECTION and CORRECT
CARE SOLUTIONS                                                              DEFENDANTS

## ORDER

Houston filed this action in this district alleging a violation of his constitutional rights based on denial of adequate medical treatment, physical abuse, harassment, and retaliation. № 1 at 5. But from the facts alleged and the Defendants named, venue properly lies in the Western District of Arkansas. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case there. 28 U.S.C. § 1406(a). The Clerk is therefore directed to immediately[*] transfer Houston's entire case file to the United States District Court for the Western District of Arkansas.

---

[*] There is no need to delay the transfer because both courts are within the Eighth Circuit. *In re Nine Mile Ltd.*, 673 F.2d 242, 243 (8th Cir. 1982).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 November 2014